John Dobranski, by Anna Dobranski, His Guardian ad Litem, et al., Respondents, v. "John Doe," as President of the Cooks, Countermen, Soda Dispensers and Assistants Union, Local No. 325, Appellant.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

Maria Dorazio, as Administratrix of the Estate of Francesco Dorazio, Deceased, Respondent, v. New York Telephone Company et al., Appellants, et al., Defendants.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

James F. Doyle, Respondent, v. East New York Savings Bank, Appellant. Present — Close, P. J., Carswell, Johnston and Taylor, JJ.; Hagarty, J., not voting.

Paul Drapkin, Appellant, v. Ryan Contracting Corporation, Respondent, et al., Defendants.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

Elmont Cemetery, Inc., Respondent, v. Northprince Boulevard Holding Co., Inc., et al., Defendants, and Jerris Realty Corporation, Defendant-Appellant.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

Dennis E. Finn, an Infant, by Veronica Finn, His Guardian ad Litem, et al., Appellants, v. Nathan Sachs, Respondent. [Consolidated Actions.] — Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

Katie Gervasini, Respondent, v. Margaret Rua, Appellant.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

Patricia Hardy, an Infant, by Mary E. Hardy, Her Guardian ad Litem, Respondent, v. Kenneth G. Fish, Appellant.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

William J. Hewlett, Respondent, v. Del Balso & Sprague, Inc., Appellant, et al., Defendants.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of Edgar J. Bernheimer et al., Attorneys at Law, Respondents, for Enforcement of a Lien upon Awards Obtained in a Condemnation Proceeding. 35 Steuben Street Realty Corporation et al., Appellants.— Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of Bond and Mortgage Guarantee Company (Boardwalk, between West 11th St. and West 12th St., Coney Island, New York — Guarantee No. 171,050). John G. Ward et al., as Executors and Trustees of William J. Ward, Deceased, Appellants; Lafayette National Bank of Brooklyn in New York, as Trustee for Certificate Holders, et al., Respondents. Present — Close, P. J., Carswell, Johnston and Taylor, JJ.; Hagarty, J., not voting.